# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. 19 Mag. 11265     Date 03/04/2020

USAO No. 2018R00908

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ___ Removal Proceedings in

United States v. ~~[struck through]~~ Genesis Wilson

The Complaint/Rule 40 Affidavit was filed on 12/02/2019

✓ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

Danielle M. Kudla
(Print name)

**SO ORDERED:**

_Kevin Nathaniel Fox_
UNITED STATES MAGISTRATE JUDGE

3/X/2020
DATE

KNF
U.S.M.J.

---

Distribution:   White → Court     Yellow → U.S. Marshals     Green → Pretrial Services     Pink → AUSA Copy